[ ] AMENDED

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In re:  (1)  LINDA DAVIS  Case No. 20-22004

(2)

Debtor(s).  Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**  (1)  1769 MEADOW BARK COVE
CORDOVA, TN  38016

**PLAN PAYMENT:**

DEBTOR (1) shall pay $**100.00 PER MONTH**

( ) PAYROLL DEDUCTION from:  **OR** (X) **DIRECT PAY**

DEBTOR (2) shall pay $

( ) PAYROLL DEDUCTION from:  **OR** ( ) **DIRECT PAY**

1. **THIS PLAN [Rule 3015.1 Notice]:**

   (A)  CONTAINS A NON-STANDARD PROVISION. [See Plan Provision #19]  ( ) **YES** (X) **NO**

   (B)  LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF  (X) **YES** ( ) **NO**
        THE COLLATERAL FOR THE CLAIM. [See Plan Provision #7 and #8]

   (C)  AVOIDS A SECURITY INTEREST OR LIEN. [See Plan Provision #12]  ( ) **YES** (X) **NO**

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' Attorney Fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; **OR** (X) Not included in Plan; Debtor(s) to provide proof of insurance at Section 341 Meeting of Creditors.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to**:**  **Monthly Plan Payment**

   NONE  Ongoing Payment Begins:  $
   Approximate Arrearage:  $

5. **PRIORITY CLAIMS:**

   NONE  Amount:  $

6. **HOME MORTGAGE CLAIMS:** ( ) Paid Directly by Debtor(s); **OR** ( ) Paid by Trustee to:

   NONE  Ongoing Payment Begins:  $
   Approximate Arrearage:  $
   Ongoing Payment Begins:  $
   Approximate Arrearage:  $

7. **SECURED CLAIMS:**

   | [Retain Lien 11 U.S.C. Sec. 1325 (a)(5)] | Value of Collateral: | Rate of Interest: | **Monthly Plan Payment** |
   |---|---|---|---|
   | FIRST METROPOLITAN (C/O STONE HIGGS DREXLER) | $553.00 | 5.25% | $11.00 |

In Re LINDA DAVIS
Page # 2 of Plan

**8.   SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain Lien 11 U.S.C. Sec. 1325(a)]   Value of Collateral          Rate of Interest:                    **Monthly Plan Payment**

NOINE

**9.   SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED;  STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

TN TITLE LOAN / DOUG'S AUTOMOTIVE                    Collateral:  2003 DODGE CARAVAN

**10.  SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest: | **Monthly Plan Payment** |
|---|---|---|---|
| GENERAL SESSIONS COURT CLERK | $572.11 | 0% | $10.00 |

**11.  STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS**

NONE                                                                 ( ) Not provided for   **OR**   ( ) General unsecured creditor
                                                                     ( ) Not provided for   **OR**   ( ) General unsecured creditor

**12.  THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. Sec. 522(f):**

**13.  ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14.  ESTIMATED TOTAL GENERAL UNSECURED CLAIMS**:   $16,000

**15.  THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( X ) 10%,  **OR**

( )  THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16.  THIS PLAN ASSUMES OR REJECTS THE FOLLOWING EXECUTORY CONTRACTS:**

ROBERT BYLTHE                                                        (X) Assumes   **OR**   ( ) Rejects.
CALVIN TOWNSEND                                                      (X) Assumes   **OR**   ( ) Rejects.

**17.  COMPLETION:**  Plan shall be completed upon payment of the above in approximately **60** months.

**18.  FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION  SHALL BE DEEMED AN ACCEPTANCE OF THE PLAN**

**19.  NON-STANDARD PROVISION(S):**

NONE

**ANY NON-STANDARD PROVISIONS STATED ELSEWHERE ARE VOID.**

**20.  CERTIFICATION:  THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Brad George (TN #17994)                                          **DATE:** March 11, 2020
Counsel for Debtor(s)
2400 Poplar Avenue #460
Memphis, TN  38112
(901) 323-1311